# UNITED STATES DISTRICT COURT

_____MIDDLE_____    District of    _____TENNESSEE_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br><br>ROGER RAMONE WALLACE | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:    3:05-00201<br>USM Number:    17599-075<br>Michael C. Holley<br>Defendant's Attorney |

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)   One (1)                    of the term of supervision.

☐   was found in violation of condition(s)                        after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled substance | 11/18/13 |

        The defendant is sentenced as provided in pages 1 and 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)                    and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.   4028

Defendant's Year of Birth:          1975

City and State of Defendant's Residence:

_____

December 5, 2013
Date of Imposition of Judgment

Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

December 5, 2013
Date

DEFENDANT:        ROGER RAMONE WALLACE                 Judgment — Page 2 of 2
CASE NUMBER:      3:05-00201

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   six (6) months

No period of Supervised Release is imposed.

_____   The Court makes the following recommendations to the Bureau of Prisons:

_____   The Defendant is remanded to the custody of the United States Marshal.

_____   The Defendant shall surrender to the United States Marshal for this District:

       _____   at _____ p.m. on _____

       _____   as notified by the United States Marshal.

_____   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

       __X__   before 2 p.m. on    January 3, 2014

       _____   as notified by the United States Marshal.

       _____   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal